IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SAMUEL J. MCCOLLUM AND
CATHY D. BROOKS-MCCOLLUM    *
                            *
                            *
        v.                  *        Civil No. – JFM-13-2025
                            *
STATE FARM, ET AL.          *
                        ******

## MEMORANDUM

Plaintiffs have instituted this *pro se* action. Defendants have filed a motion to dismiss for lack of subject matter jurisdiction. The motion has been fully briefed. The motion will be granted.

There is no diversity of citizenship between the parties. Moreover, plaintiffs have not stated any viable federal claim against any of the defendants. Their mere recitation of a series of federal criminal statutes certainly does not provide a basis for subject matter jurisdiction, and if they are attempting to state a claim against defendant Haversack under the Fair Credit Reporting Act, they have utterly failed to do so.

Defendants' joint petition for sanctions will be denied. Plaintiffs are cautioned, however, that if they file any additional motions in this court, they may be subject to sanctions.


Date: November 18, 2013         ___/s/_____
                                J. Frederick Motz
                                United States District Judge

1